# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD HARTER, | ) | 3:18-cv-00048-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 31, 2020 |
| JOHN DIMURO, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Enlargement of Time to Conduct Discovery on Defendant Michele Cowee (ECF No. 66). Plaintiff requests an additional sixty (60) days in which to conduct discovery as to Defendant Michele Cowee.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time to Conduct Discovery on Defendant Michele Cowee (ECF No. 66) is **GRANTED**. The court establishes the following deadlines relative to the Scheduling Order:

Discovery Cut-Off as to Defendant Michele Cowee only : **March 31, 2020**
Dispositive Motion Deadline as to all parties: **April 30, 2020**
Joint Pretrial Order: **June 1, 2020**. If a dispositive motion is filed, the Joint Pretrial Order shall be due **thirty (30) days** after a decision on the dispositive motion.

DEBRA K. KEMPI, CLERK

By: ___/s/___
Deputy Clerk