AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*Frank Albrecht, Mary Boni, John Dimuro,*
*Kimberly Egbert, Heather Ellis, Maribelle Henry*
*and Esther Paredes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD HARTER, | Case No. 3:18-cv-00048-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (ECF NO. 78)** |
| JOHN DIMURO, et al., | |
| Defendants. | |

Defendants, Frank Albrecht, Mary Boni, John Dimuro, Kimberly Egbert, Heather Ellis, Maribelle Henry and Esther Paredes, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Douglas R. Rands, Senior Deputy Attorney General, hereby submit their Motion for Extension of Time to File Responses to Plaintiffs Opposition to Defendants' Motion for Summary Judgment (ECF No. 78).  This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

I. **ARGUMENT**

Defendants respectfully request a ten (10) day extension of time out from the current deadline (July 30, 2020) to respond to Plaintiff's Opposition to Motion for Summary Judgement in this case. (ECF No. 78).  Defense counsel respectfully requests this extension to accommodate the unusual motion and hearing schedule for the week of

July 27, 2020.  Counsel has been working on several substantial motions in other matters and had other issues that will make it difficult to meet the deadline for this reply.  On May 12, 2020, this Court granted Plaintiff an additional sixty (60) days in which to file this Opposition.  Therefore, the Defendants request an additional ten (10) days in which to file a reply.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, but will allow for a thorough opportunity to respond to the opposition.  Additionally, the motion for summary judgment has already been filed.  Therefore, there is no prejudice to Plaintiff. The requested ten (10) day extension of time should permit the Defendants time to adequately research draft, and submit a response in this case.  Defendants assert that the requisite good cause is present to warrant the requested extension of time.  If granted, the new day for response would be **August 10, 2020**.  Therefore, it is respectfully requested that this Court grant the Defendants' request for a brief extension of time to file the Reply to Plaintiff's Opposition.

DATED this 30th day of July, 2020.

AARON D. FORD
Attorney General

By:  /s/ Douglas R. Rands
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.
DATED:  July 31, 2020.

_____
UNITED STATES MAGISTRATE JUDGE